**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-7441**

———————

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

    v.

CURTIS A. BEASLEY,

          Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Henry M. Herlong, Jr., District Judge.  (6:02-cr-01358-HMH)

———————

Submitted:  February 21, 2008    Decided:  February 26, 2008

———————

Before MOTZ and GREGORY, Circuit Judges, and WILKINS, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Curtis A. Beasley, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Curtis A. Beasley appeals the district court's order denying his motion for a new trial based on newly discovered evidence under Fed. R. Crim. P. 33. We have reviewed the record and conclude that Beasley's motion was untimely filed. See Fed. R. Crim. P. 33(b)(1). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED